UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| PAUL MARSHALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 2:24-CV-266-PPS-JEM |
| ) | |
| MICHELLE DVORSCAK, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### **ORDER**

This matter is before the Court on the Report and Recommendation of Magistrate Judge John E. Martin, relating to Defendant Lake County Farm Bureau Co-Operative Association Inc.'s ("Farm Bureau") Motion for Judgment on the Pleadings [DE 27].

In his report and recommendation, Judge Martin found that Plaintiff Paul Marshall's claims asserted in Counts III (Negligence and Failure to Intervene), V (Intentional Infliction of Emotional Distress), VIII (Negligence), IX (Negligence Per Se), and X (Defamation) are barred as against Farm Bureau by the applicable statute of limitations. [DE 35 at 8-9]. Judge Martin also determined that Plaintiff's claims asserted in Counts I (Violation of 42 U.S.C. §1983- Fourteenth Amendment Due Process), II (Violation of 42 U.S.C. §1983- Fourteenth Amendment Detention Without Probable Cause), and IV (Conspiracy to Deprive Constitutional Rights) are futile as to Farm

Bureau. [DE 35 at 9-11]. Judge Martin recommends that judgment be entered in favor of Farm Bureau on these counts.

In contrast, Judge Martin's report and recommendation found Plaintiff's proposed amended complaint has successfully stated a claim against Farm Bureau as to Count VI (Malicious Prosecution). [DE 35 at 11-13]. Judge Martin notes that Farm Bureau has made no argument as to Counts XI (Tortious Interference with Business Relationships) and VII (Respondeat Superior) and that judgment should not be entered in favor of Farm Bureau on these claims. [*Id*. at 13-14].

Neither party has filed an objection to Judge Martin's Report and Recommendation. The Court having reviewed Magistrate Judge Martin's Report and Recommendation and agreeing with the reasoning therein, hereby **ADOPTS** the Report and Recommendation in its entirety.

**ACCORDINGLY**:

Defendant Lake County Farm Bureau Co-Operative Association Inc.'s Motion for Judgment on the Pleadings [DE 27] is **GRANTED IN PART** and **DENIED IN PART**.

The Motion for Judgment on the Pleadings [DE 27] is **GRANTED** in favor of Farm Bureau on Count I (Violation of 42 U.S.C. §1983- Fourteenth Amendment Due Process), Count II (Violation of 42 U.S.C. §1983- Fourteenth Amendment Detention Without Probable Cause), Count III (Negligence and Failure to Intervene), Count IV (Conspiracy to Deprive Constitutional Rights), Count V (Intentional Infliction of

Emotional Distress), Count VIII (Negligence), Count IX (Negligence Per Se), and Count X (Defamation). These claims may not proceed against Farm Bureau.

The Motion for Judgment on the Pleadings [DE 27] is **DENIED** as to Count VI (Malicious Prosecution), Count VII (Respondeat Superior), and Count XI (Tortious Interference with Business Relationships). These claims may proceed against Farm Bureau.

**SO ORDERED**.

ENTERED: July 3, 2025.

                                        /s/ Philip P. Simon
                                        PHILIP P. SIMON, JUDGE
                                        UNITED STATES DISTRICT COURT